**James E. LACKO, Appellant,**

v.

**Joseph P. BRENNAN; B.V. Hyler; Marty D. Hudson; Michael H. Holland, in their capacity as trustees of the United Mine Workers of America 1974 Pension Trust; United Mine Workers of America 1974 Pension Plan and Trust.**

No. 04–1279.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) March 10, 2005.

Decided March 30, 2005.

Deborah J. Gaydos, United Mine Workers of America, Fairfax, VA, Claudia Davidson, Law Offices of Claudia Davidson, Pittsburgh, PA, for James E. Lacko.

Stanley F. Lechner, Morgan, Lewis & Bockius, Washington, DC, Bradley J. Pyles, Crandall & Pyles, Logan, WV, for Joseph P. Brennan, B.V. Hyler, Marty D. Hudson, Michael H. Holland, in their capacity as trustees of the United Mine Workers of America 1974 Pension Trust and United Mine Workers of America 1974 Pension Plan and Trust.

Before SCIRICA, Chief Judge, ROTH and AMBRO, Circuit Judges.

### OPINION

AMBRO, Circuit Judge.

James Lacko appeals from the District Court's grant of summary judgment, which upheld the decision of an arbitrator denying Lacko a certain type of pension benefit, in favor of the Trustees of the United Mine Workers of America 1974 Pension Plan. For the reasons stated in the arbitrator's excellent decision in every respect (depth, organization, and rationale), we affirm the District Court's determination.